IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Derick Williams** | : | |
| **Plaintiffs** | : | |
| v. | : | Case No.: _____ |
| **Bank of America, N.A.,** *et al.* | : | |
| **Defendants** | : | |

## NOTICE OF REMOVAL

Two of the Defendants, Bank of America, N.A. ("Bank of America") and Specialized Loan Servicing, LLC ("SLS"), through their attorneys, Brent M. Ahalt, Aaron D. Neal, and McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A., and pursuant to 28 U.S.C. §1446, give notice of their removal of the present action to this Court, and say:

1. On January 23, 2012, the Plaintiff, Derick Williams, through counsel, filed the case styled Derick Williams v. Bank of America, N.A., *et al.*, Case No. 24-C-12-000427, in the Circuit Court for Baltimore City (the "State Case"). A copy of the Plaintiffs' Complaint, which is, upon information and belief, the only filing made by any party in the State Case is attached hereto as Exhibit A.

2. Summons were issued for the Defendants on January 26, 2012.

3. SLS was served with process on January 31, 2012. Bank of America, N.A. has not yet been served. It is unknown whether Bank of New York Mellon, N.A. has been served

with process. A copy of the docket from the Circuit Court for Baltimore City is attached hereto as Exhibit B.

4. Pursuant to 28 U.S.C. §1331, the United States District Court has original jurisdiction over any civil action arising under the laws of the United States. Pursuant to 28 U.S.C. §1332(a), the United States District Court has original jurisdiction over any case where the amount in controversy exceeds $75,000.00 and the claims are between citizens of different states.

5. The Plaintiff claims that Bank of America violated 15 U.S.C. §1692a, also known as the Fair Debt Collection Practices Act or "FDCPA", and seeks damages arising from the alleged statutory violation. *See generally* Complaint.

6. The Plaintiff claims at least $91,000.00 in damages against the Defendants. Further, complete diversity exists among the parties to this action, as the parties have the following alleged citizenships:

   a. Derick Williams - **Maryland**. Id. at ¶8.
   b. Bank of America, N.A. – **North Carolina** (Id. at ¶9)
   c. Bank of New York Mellon, N.A. – **New York** (Id. at ¶10)
   d. Specialized Loan Servicing, LLC – **Delaware** (Id. at ¶11).

7. 28 U.S.C. §1441(a) permits any civil action filed in state court to be removed to the United States District Court if the United States District Court has original jurisdiction over the case. The United States District Court has original jurisdiction over this pursuant to section 1331, federal question jurisdiction, and section 1332, diversity jurisdiction.

8.  Pursuant to 28 U.S.C. §1446, SLS and Bank of America have given written notice of removal to the Plaintiff and have filed a copy of this notice of removal with the Clerk of the Circuit Court for Baltimore City.

WHEREFORE, Specialized Loan Servicing, LLC and Bank of America, N.A. request that this action proceed in the United States District Court for the District of Maryland as an action properly removed hereto.

### Points and Authorities

28 U.S.C. §1331
28 U.S.C. §1332
28 U.S.C. §1441
28 U.S.C. §1446

### Local Rule 103.5 Certification

Undersigned counsel for Bank of America and SLS hereby certifies that, upon information and belief, the documents attached hereto as Exhibit A constitute all of the filings made in the state court case which is being removed to this court.

Respectfully submitted,

McNAMEE, HOSEA, JERNIGAN, KIM
GREENAN & LYNCH, P.A.

_____
Brent M. Ahalt – Bar No. 13741
Aaron D. Neal – Bar No. 28566
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
aneal@mhlawyers.com
Tel.   301-441-2420
Fax   301-982-9450
*Attorneys for SLS and Bank of America*

## Certificate of Service

I hereby certify that on this 7th day of February, 2012, copies of the foregoing paper, and all attachments thereto, were served via first-class mail, postage prepaid on:

Phillip Robinson
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, Maryland 21703

Bank of New York Mellon, N.A.
c/o The Corporation Trust Inc.
351 West Camden Street
Baltimore, Maryland 21201

_____
Aaron D. Neal