## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DERICK WILLIAMS** | * | |
| **Plaintiff** | * | |
| v. | * | **CIVIL NO. JKB-12-0376** |
| **BANK OF AMERICA, N.A.,** *et al.* | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

In light of the voluntary dismissal by Plaintiff of Defendant on August 15, 2012 (ECF No. 37), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to close the case.

DATED this 15th day of August, 2012.

BY THE COURT:

/s/
James K. Bredar
United States District Judge